UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 15-17134 |
| CREG E. WILLIAMS, SR., | ) | Hon. Timothy A. Barnes |
| | ) | Hearing: Tues., May 17, 2016 |
| Debtor. | ) | at 10:30 a.m. |

## NOTICE OF MOTION

To:   See Attached Service List

   **PLEASE TAKE NOTICE** that on **Tuesday, May 17, 2016** at **10:30 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Timothy A. Barnes or any other Judge sitting in his stead, in **courtroom 744**, of the Dirksen Federal Building, 219 South Dearborn Street, in Chicago, Illinois, and shall then and there present the attached **Trustee's Application for the Allowance of Compensation and Expenses,** a copy of which is hereby served upon you.


                    By:  /s/ Norman B. Newman
                         Norman B. Newman, not individually but solely as
                         Chapter 7 Trustee for the estate of Creg E. Williams,
                         Sr.

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000
(312) 521-2100

## CERTIFICATE OF SERVICE

   Norman B. Newman, an attorney, hereby certifies that on April 19, 2016, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.


                         /s/ Norman B. Newman
                         Norman B. Newman

## SERVICE LIST FOR CREG E. WILLIAMS, SR.

Office of the U.S. Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Creg E. Williams, Sr.
24E Grandview Drive
South Holland, IL 60473

Nathan Curtis
Geraci Law, L.L.C.
55 E. Monroe Street, Suite 3400
Chicago, IL 60603

EXHIBIT E

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| CREG E. WILLIAMS, SR. | ) | Case No. 15-17134 |
| | ) | |
| | ) | Hon. TIMOTHY A. BARNES |

**TRUSTEE'S APPLICATION FOR
COMPENSATION AND EXPENSES**

To:   THE HONORABLE TIMOTHY A. BARNES

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, requests $5,694.30 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $49,443.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | | |
|---|---|---|---|
| 25% on 1st $5,000.00 | $ | 1,250.00 | ($1,250.00 max) |
| 10% on next $45,000.00 | $ | 4,444.30 | ($4,500.00 max) |
| 5% on next $950,000.00 | $ | 0.00 | ($47,500.00 max) |
| 3% of balance | $ | 0.00 | |
| TOTAL COMPENSATION | $ | 5,694.30 | |

## II. TRUSTEE'S EXPENSES

| | | |
|---|---|---|
| Copies (0.00 copies @ 0.00¢/copy) | $ | 0.00 |
| Postage | $ | 0.00 |
| Long Distance Telephone | $ | 0.00 |
| Other (explain): | $ | 0.00 |
| TOTAL EXPENSES | $ | 0.00 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: March 21, 2016

s/ NORMAN NEWMAN
SIGNATURE

191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
ADDRESS

# MUCH SHELIST 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Newman, Norman B. as trustee for Creg E. Williams, Sr.
c/o Norman B. Newman
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **03/17/2016**

Billing Attorney: **Norman B. Newman**

Matter Number: **0012585.0007**

15 - Trustee Matters

### FEES THROUGH MARCH 17, 2016

| Date | Atty. | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/23/15 | NBN | Review schedules and SOFA; review value of vehicles and funds in bank accounts and review tax returns regarding refunds. | 625.00 | 0.70 | 437.50 |
| 07/06/15 | NBN | Correspondences with M. Widdes of Evolve Motors regarding possible sale of vehicle (.20); review bank account information and discuss with F. Dosunmu (.20). | 625.00 | 0.40 | 250.00 |
| 07/08/15 | NBN | Discussion with F. Dosunmu regarding contacting Debtor's attorney for turnover of funds. | 625.00 | 0.20 | 125.00 |
| 07/14/15 | NBN | Correspondences with N. Curtis regarding turnover of funds in bank account. | 625.00 | 0.20 | 125.00 |
| 07/31/15 | NBN | Review discharge dated and discuss turnover of assets with F. Dosunmu. | 625.00 | 0.30 | 187.50 |
| 08/11/15 | NBN | Correspondence with F. Dosunmu regarding extending time to object to discharge. | 625.00 | 0.20 | 125.00 |
| 08/17/15 | NBN | Telephone conference with N. Curtis regarding bank account funds coming via FedEx and offer for vehicle. | 625.00 | 0.40 | 250.00 |
| 08/18/15 | NBN | Receive bank account funds and review correspondence with N. Curtis regarding withdrawing motion to extend time to object to discharge (.3); review notice of withdrawal of motion (.2). | 625.00 | 0.50 | 312.50 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

 

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Newman, Norman B. as trustee for Creg E. Williams, Sr.
c/o Norman B. Newman
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **03/17/2016**

Billing Attorney: **Norman B. Newman**

Matter Number: **0012585.0007**

15 - Trustee Matters

| Date | Atty. | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/24/15 | NBN | Review discharge order (.2); discussion with F. Dosunmu regarding selling vehicle (.2). | 625.00 | 0.40 | 250.00 |
| 08/25/15 | NBN | Telephone conference with N. Curtis regarding resolving offer to purchase vehicle (.3); review latest value information (.2). | 625.00 | 0.50 | 312.50 |
| 08/31/15 | NXS | Open bank account for Trustee and deposited funds turned over from Debtor's checking account. | 170.00 | 0.40 | 68.00 |
| 09/04/15 | NBN | Review asset notice. | 625.00 | 0.20 | 125.00 |
| 09/08/15 | NBN | Review notice of claims bar date (.20); review schedules and SOFA regarding dividend (.40). | 625.00 | 0.60 | 375.00 |
| 09/09/15 | NBN | Review report of audit from U.S. Trustee. | 625.00 | 0.20 | 125.00 |
| 09/11/15 | NXS | Reconcile bank accounts for the period ending August, 2015. | 170.00 | 0.20 | 34.00 |
| 09/24/15 | NBN | Review order approving sale of vehicle and correspondences with N. Curtis regarding next payment date (.30); review claim of Fifth Third Bank (.20). | 625.00 | 0.50 | 312.50 |
| 09/29/15 | NBN | Correspondences with C. Williams regarding status of state of Illinois tax refund. | 625.00 | 0.20 | 125.00 |
| 10/09/15 | NXS | Reconcile bank accounts. | 170.00 | 0.20 | 34.00 |
| 10/15/15 | NBN | Correspondences with Debtor regarding receipt of State of Illinois refund and next car payment. | 625.00 | 0.20 | 125.00 |
| 10/19/15 | NBN | Review claim register regarding dividend to creditor. | 625.00 | 0.40 | 250.00 |



**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST 

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Newman, Norman B. as trustee for Creg E. Williams, Sr.
c/o Norman B. Newman
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **03/17/2016**

Billing Attorney: **Norman B. Newman**

Matter Number: **0012585.0007**

15 - Trustee Matters

| Date | Atty. | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 10/21/15 | NBN | Review State of Illinois tax refund and latest vehicle payment and correspondences with Debtor and attorney regarding receipt of same. | 625.00 | 0.30 | 187.50 |
| 10/21/15 | NXS | Deposit 2 checks (i) installment payment on Trustee's right title & interest in vehicle and (ii) turnover of income tax refund into bank account. | 170.00 | 0.20 | 34.00 |
| 10/23/15 | NBN | Review claim of State Farm Bank. | 625.00 | 0.20 | 125.00 |
| 10/29/15 | NBN | Review claims. | 625.00 | 0.30 | 187.50 |
| 11/10/15 | NXS | Reconcile bank accounts. | 170.00 | 0.20 | 34.00 |
| 11/19/15 | NBN | Review payment on account of vehicle purchase and correspondence with Debtor regarding same. | 625.00 | 0.30 | 187.50 |
| 12/02/15 | NBN | Review claim of Portfolio Recovery (U.S. Bank). | 625.00 | 0.20 | 125.00 |
| 12/08/15 | NXS | Reconcile bank accounts. | 170.00 | 0.20 | 34.00 |
| 12/09/15 | NBN | Review claim bar date notice. | 625.00 | 0.20 | 125.00 |
| 12/10/15 | NBN | Review updated claims register and compare to schedules. | 625.00 | 0.50 | 312.50 |
| 12/16/15 | NBN | Meet with J. Benson regarding hearing on motion to employ accountant. | 625.00 | 0.20 | 125.00 |
| 12/16/15 | NBN | Review claims register and schedules (.30); review claims of Signature Bank and Edgebrook Assignee (.30). | 625.00 | 0.60 | 375.00 |
| 12/18/15 | NBN | Review latest vehicle payment and correspondences with C. Williams regarding one more payment due. | 625.00 | 0.40 | 250.00 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST




191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Newman, Norman B. as trustee for Creg E. Williams, Sr.
c/o Norman B. Newman
191 N Wacker Dr, Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **03/17/2016**

Billing Attorney: **Norman B. Newman**

Matter Number: **0012585.0007**

15 - Trustee Matters

| Date | Atty. | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/18/15 | NXS | Deposit funds received from Debtor as payment on vehicle into bank account. | 170.00 | 0.20 | 34.00 |
| 01/05/16 | NBN | Discussion with J. Benson regarding order employing accountant entered. | 640.00 | 0.20 | 128.00 |
| 01/06/16 | NBN | Correspondences with A. Lasko regarding employment as accountant and what information is needed. | 640.00 | 0.20 | 128.00 |
| 01/22/16 | NBN | Review final payment on vehicle and correspondences with C. Williams regarding returned title. | 640.00 | 0.40 | 256.00 |
| 01/25/16 | NBN | Letter to C. Williams returning vehicle title. | 640.00 | 0.20 | 128.00 |
| 02/10/16 | NXS | Reconcile bank accounts. | 175.00 | 0.20 | 35.00 |
| 02/15/16 | NBN | Review and transmit 2015 Federal and State tax returns (.30); letter to IRS regarding prompt determination request (.20). | 640.00 | 0.50 | 320.00 |
| 02/23/16 | NBN | Review claims register regarding Final Report. | 640.00 | 0.30 | 192.00 |
| 03/02/16 | NBN | Correspondences with A. Lasko regarding revised 505(b) letter to IRS. | 640.00 | 0.20 | 128.00 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 8477 Solution Center ■ Chicago, IL 60677-8004

**Payment due within 30 days of invoice**

**QUESTIONS?**
billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.