## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 15-17134 |
| **CREG E. WILLIAMS, SR.,** | ) | Hon. Timothy A. Barnes |
| | ) | Hearing: Tues., May 17, 2016 |
| Debtor. | ) | at 10:30 a.m. |

### NOTICE OF MOTION

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on **Tuesday, May 17, 2016** at **10:30 a.m.**, or as soon thereafter as may be possible, we shall appear before the Honorable Timothy A. Barnes or any other Judge sitting in his stead, in **courtroom744**, of the Dirksen Federal Building, 219 South Dearborn Street, in Chicago, Illinois, and shall then and there present the attached **Application of Trustee Attorneys for the Allowance of Final Compensation and Expenses,** a copy of which is hereby served upon you.

By:  /s/ Norman B. Newman
Norman B. Newman, not individually but solely as Chapter 7 Trustee for the estate of Creg E. Williams, Sr.

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000
(312) 521-2100

### CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on April 19, 2016, he electronically filed this Application for Compensation with the Clerk of the Court via the Court's CM/ECF system which will send electronic notification to those individual registered to receive notice.

/s/ Norman B. Newman
Norman B. Newman

6420823_1

## SERVICE LIST FOR CREG E. WILLIAMS, SR.

Office of the U.S. Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604

Creg E. Williams, Sr.
24E Grandview Drive
South Holland, IL 60473

Nathan Curtis
Geraci Law, L.L.C.
55 E. Monroe Street, Suite 3400
Chicago, IL 60603

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 15-17134 |
| **CREG E. WILLIAMS, SR.,** | ) | Hon. Timothy A. Barnes |
| | ) | Hearing: Tues., 5/17/16 |
| Debtor. | ) | at 10:30 a.m. |

**APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Much Shelist, P.C. ("Much Shelist"), attorneys for Norman B. Newman, not individually but solely as the Chapter 7 Trustee herein, (the "Trustee") moves this Court, pursuant to Section 330 of the Bankruptcy Code and Bankruptcy Rule 2016, for the allowance of final compensation and reimbursement of expenses for services rendered during the period June 23, 2015 through March 17, 2016. In support of this application, Much Shelist states as follows:

1. On May 15, 2015, the Debtor filed his petition for relief under Chapter 7 of the Bankruptcy Code.

2. On June 30, 2015, this Court entered an Order authorizing the Trustee to employ Much Shelist as his attorneys in this case. This application includes legal services rendered by the Trustee. Mr. Newman has taken care to distinguish his legal services from his Trustee services. Attached hereto as Exhibit "A" is an itemization of Mr. Newman's Trustee services.

3. Other than as permitted under Section 504 of the Bankruptcy Code, Much Shelist has no agreement with any person or firm whatsoever with regard to its compensation in this case. To date, Much Shelist has not received any compensation for services rendered as attorneys for the Trustee. Much Shelist is not seeking compensation for the services identified on Exhibit "A" as part of this Application. Mr. Newman is filing a separate Application for Trustee Compensation.

4.	Much Shelist is entitled to receive final compensation in the amount of $8,802.50 plus reimbursement of expenses in the amount of $249.10 for services rendered during the period of June 23, 2015 through March 17, 2016.

5.	Much Shelist provided 16.80 hours of services on behalf of the Trustee during the time period covered by this application.

6.	The following is a summary of time expended, by individual, during the time period covered by this application.

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 7.8 hrs. | $625.00/hr. | $4,875.00 |
| Norman B. Newman | 1.90 hrs. | $640.00/hr. | 1,216.00 |
| Folarin S. Dosunmu | 6.00 hrs. | $385.00/hr. | 2,310.00 |
| John A. Benson, Jr. | 1.10 hrs. | $365.00/hr. | 401.50 |
|  |  |  |  |
| **TOTAL** | **16.80 hrs.** |  | **$8,802.50** |

7.	Attached hereto as Exhibit "B" is a statement of legal services rendered. The services are listed chronologically and are separated by activity. The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by §704 of the Bankruptcy Code. This application complies with the standards enunciated in *In re Continental Securities Litigation*, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992).

8.	At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner. Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate.

	A.	**General Administration (Tab No. 1):**	A total of 3.40 hours of time was spent communicating with the Debtor's attorney regarding the disposition of non-exempt assets and the turnover of those assets to the Trustee. Due to the Debtor's delay in turning over certain

non-exempt assets to the Trustee, counsel prepared, reviewed and filed a Motion to Extend the Trustee's Deadline to Object to the Debtor's Discharge. In response to the Trustee's motion, the Debtor turned over $26,000 of funds held in his bank account and counsel withdrew the Trustee's Motion to Extend Trustee's Deadline to Object to Discharge. Time was also spent reviewing the U.S. Trustee's motion and order to take a 2004 exam.

The individuals who provided services in connection with this matter and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
| --- | --- | --- | --- |
| Norman B. Newman | 1.40 hrs. | $625.00/hr. | $875.00 |
| Folarin S. Dosunmu | 2.00 hrs. | $385.00/hr. | 770.00 |
| | | | |
| **TOTAL** | **3.40 hrs.** | | **$1,645.00** |

B.   **Retention of Professionals (Tab No. 2):** A total of 5.20 hours of time was expended by Much Shelist on the preparation of pleadings and appearances in Court on the following: the Trustee's Motion to Employ Attorneys and on the Trustee's Motion to Employ Accountant. Time was spent corresponding with the accountant concerning various tax issues and the returns to be filed.

The individuals who provided services in connection with this matter and the time expended by them are as follows:

| Attorney | Hours | Rate | Total |
| --- | --- | --- | --- |
| Norman B. Newman | 2.30 hrs. | $625.00/hr. | $1,437.50 |
| Folarin S. Dosunmu | 1.80 hrs. | $385.00/hr. | $693.00 |
| John A. Benson, Jr. | 1.10 hrs. | $365.00/hr. | 401.50 |
| | | | |
| **TOTAL** | **5.20 hrs.** | | **$2,532.00** |

C.   **Disposition of Assets (Tab No. 3):** Much Shelist expended 5.20 hours in connection with the sale of the Debtor's 2008 Cadillac Escalade (the "Vehicle"). Counsel was

involved in telephonic and written communications with the Debtor's attorney regarding an offer from the Debtor for the Trustee's right, title and interest in the Vehicle.  Upon the Trustee's acceptance of the Debtor's offer, counsel prepared and appeared in Court on the Trustee's Motion to Sell Interest in the Motor Vehicle.  Counsel engaged in written communications with the Debtor's attorney with respect to obtaining the Vehicle title, insurance information and the payment of a cashier's check upon the entry of an Order.  Time was also spent preparing the Trustee's Report of Sale.

Through the efforts of Much Shelist, the Trustee received $15,000 from the sale of the Vehicle for the benefit of the creditors of this estate.

The individuals who provided services in connection with this matter and the time expended by them are as follows:

| Attorney | Hours | Rate | Total |
| --- | --- | --- | --- |
| Norman B. Newman | 3.00 hr. | $625.00/hr. | $1,875.00 |
| Folarin S. Dosunmu | 2.20 hrs. | $385.00/hr. | 847.00 |
|  |  |  |  |
| **TOTAL** | **5.20 hrs.** |  | **$2,722.00** |

      **D.**      **Claims Administration/Analysis (Tab No 4.):**  Norman B. Newman expended 1.10 hrs. of time for a total of $687.50, reviewing the secured claim filed by Time Payment Corp. and the possible objection thereto.  Time was spent corresponding with representatives of Time Payment Corp. and reviewing documentation pertaining to the claim.  Time Payment Corp. agreed that its claim should be allowed as an unsecured claim for purposes of distribution.

      **E.**      **Tax Issues (Tab No. 5):**  A total of .50 hrs. of time was spent communicating with the Trustee's accountant regarding the preparation of a prompt determination request letter and a revised determination request letter to the Internal Revenue Service.

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | .50 hr. | $640.00/hr. | $320.00 |
|  |  |  |  |
| **TOTAL** | **.50 hrs.** |  | **$320.00** |

  F. **Fee Matters (Tab No. 6)**: A total of 1.40 hours of time was expended by Much Shelist on the preparation of this final fee application and on the review of the final fee application for the Trustee's accountant. The individual who provided services in connection with this matter and the time expended by his is as follows:

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| Norman B. Newman | 1.40 hrs. | $640.00/hr. | $896.00 |
|  |  |  |  |
| **TOTAL** | **1.40 hrs.** |  | **$896.00** |

  9. During the time period covered by this Application, Much Shelist incurred out-of-pocket expenses in the amount of $249.10. Attached hereto as Exhibit "C" is an itemization of Much Shelist's out-of-pocket expenses. The charge for photocopies is 10¢ per page. Facsimile charges are billed at the rate of $1.00 per page, incoming and outgoing. Much Shelist asserts that these out-of-pocket expenses were reasonable and necessary expenses incurred in its representation of the Trustee.

  10. The services which Much Shelist provided as counsel for the Trustee during the time period covered by this application were reasonable and necessary and resulted in a benefit to this estate and to the Trustee.

  **WHEREFORE**, Much Shelist, P.C. respectfully requests that this Court enter an Order as follows:

Case 15-17134    Doc 48    Filed 04/19/16    Entered 04/19/16 10:45:34    Desc Main

1. Granting this Application and awarding Much Shelist final compensation in the amount of $8,802.50 plus reimbursement of out-of-pocket expenses in the amount of $249.10 for services rendered during the period June 23, 2015 through March 17, 2016.

2. Authorizing the Trustee to pay Much Shelist the amount awarded forthwith as a Chapter 7 expense of administration of this estate; and

3. Granting such other and further relief as this Court deems just and appropriate.

 Respectfully Submitted,

 **Much Shelist, P.C.**


 /s/ Norman B. Newman
 **Norman B. Newman, Trustee**


Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive ,Suite 1800
Chicago, IL 60606
(312) 521-2000
nnewman@muchshelist.com

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 15-17134 |
| CREG E. WILLIAMS, SR., | ) | Hon. Timothy A. Barnes |
| | ) | Hearing: Tues., May 17, 2016 |
| Debtor. | ) | at 10:30 a.m. |

### COVER SHEET FOR APPLICATION FOR PROFESSIONAL SERVICES

| | |
|---|---|
| Name of Applicant: | Much Shelist, P.C. |
| Authorized to provide professional services to: | Norman B. Newman, Chapter 7 Trustee |
| Date of Order Authorizing Employment: | June 30, 2015 |
| Period for which compensation is sought: | June 23, 2015 through March 17, 2016 |
| Amount of fees sought: | $8,802.50 |
| Amount of expense reimbursement sought: | $249.10 |
| Retainer previously received: | $0.00 |

This is a(n):     Interim Application __     Final Application  X

Prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees and Expenses) | Total Allowed | Any Amount Ordered Withheld |
|---|---|---|---|---|
| | | | | |

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00

Dated: 4/19/16                                              **MUCH SHELIST, P.C.**

                                                            By: /s/Norman B. Newman