**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 15-17134 |
| CREG E. WILLIAMS, SR., | ) | Hon. Timothy A. Barnes |
| | ) | Hearing: Tues., May 17, 2016 |
| Debtor. | ) | at 10:30 a.m. |

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on April 19, 2016, he serve a copy of the

**Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR)**

on all parties listed on the attached service list by depositing same in the U.S. Mail from 191 N. Wacker Drive, Suite 1800, Chicago, Illinois.

/s/ Norman B. Newman
Norman B. Newman


Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000
(312) 521-2100

5998353_1

# SERVICE LIST

| | | |
|---|---|---|
| ADT Security Services<br>Bankruptcy Department<br>2250 W. Pinehurst Blvd.<br>Addison, IL 60101-6100 | Recovery Management Systems Corporation<br>25 SE Second Avenue Suite 1120<br>Miami, FL 33131-1605 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Admiral Linen and Uniform Serv. Bankruptcy Dept.<br>2030 Kipling<br>Houston, TX 77098-1532 | American Express<br>Attn: Bankruptcy Dept.<br>PO Box 297871<br>Fort Lauderdale, FL 33329-7871 | American Financial Management<br>8755 W. Higgins Rd # 610<br>Chicago, IL 60631-2751 |
| Avant<br>Bankruptcy Dept.<br>640 N. LaSalle Dr., Ste. 535<br>Chicago, IL 60654-3731 | Bank Financial<br>Bankruptcy Dept.<br>21110 Western Ave.<br>Olympia Fields IL 60461-1929 | Bank of America<br>Attn: Bankruptcy Dept.<br>1800 Tapo Canyon Rd<br>Simi Valley, CA 93063-6712 |
| Bank of America<br>Bankruptcy Department<br>PO Box 15168<br>Wilmington, DE 19850 | Barclays Bank Delaware<br>Attn: Bankruptcy Dept.<br>125 S West St<br>Wilmington, DE 19801-5014 | Brother Electrical<br>Bankruptcy Dept.<br>4008 Billingsley St.<br>Houston, TX 77009-4054 |
| CenterPoint Energy<br>Bankruptcy Dept.<br>PO Box 4981<br>Houston, TX 77210-4981 | Chase<br>Attn: Bankruptcy Dept.<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Citibank<br>Bankruptcy Department<br>701 E. 60th St., North<br>Sioux Falls, SD 57104-0432 |
| City of Houston<br>Public Works & Engineering<br>PO Box 1560<br>Houston, TX 77251-1560 | Comcast Business Services<br>Bankruptcy Dept.<br>7475 S. Joliet St.<br>Centennial, CO 80112-3885 | US Bank<br>PO Box 5229<br>Cincinnati, OH 45201-5229 |
| Embrace Home Loans Inc.<br>Attn: Bankruptcy Dept.<br>425 Phillips Blvd<br>Ewing, NJ 08618-1430 | Equifax<br>Attn: Bankruptcy Dept.<br>PO Box 740241<br>Atlanta, GA 30374-0241 | Experian<br>Attn: Bankruptcy Dept.<br>PO Box 2002<br>Allen, TX 75013-2002 |
| Fifth Third Bank<br>Attn: Bankruptcy Dept.<br>5050 Kingsley Dr<br>Cincinnati, OH 45227-1115 | Floor & Decor/SYNCB<br>Attn: Bankruptcy Dept.<br>c/o PO Box 965036<br>Orlando, FL 32896-0001 | JJ Sausage<br>Bankruptcy Dept.<br>2643 W. 87th St.<br>Evergreen Park, IL 60805-1102 |

| | | |
|---|---|---|
| Lending Club Corp.<br>Attn: Bankruptcy Dept.<br>71 Stevenson St Ste 300<br>San Francisco, CA 94105-2985 | Loancare Servicing<br>3637 Sentara Way<br>Virginia Beach, VA 23452-4262 | Maxwell Grill Inlimited LLC<br>Bankruptcy Dept.<br>24 E. Grandview Dr.<br>South Holland, IL 60473-1052 |
| Morningside Homeowners Assoc.<br>c/o Robert B. Kogen<br>750 W. Lake Cook Rd., #350<br>Buffalo Grove, IL 60089-2088 | One Main<br>c/o Citifinancial<br>605 Munn Road<br>Fort Mill, SC  29715 | Orkin Comml Services<br>Bankruptcy Department<br>3901 Braxton<br>Houston, TX 77063-6303 |
| Pawnee Leasing Corp.<br>Bankruptcy Dept.<br>700 Centre Ave.<br>Fort Collins, CO 80526-1842 | Reliant Light<br>Bankruptcy Dept.<br>1201 Fannin<br>Houston, TX 77002-6929 | RetailCapital<br>Bankruptcy Dept.<br>1250 Kirts Blvd., Ste. 100<br>Troy, MI 48084-4737 |
| Ruach 7<br>Bankruptcy Dept.<br>5143 Birdwood Rd.<br>Houston, TX 77096-2601 | Sears Bankruptcy Recovery<br>Bankruptcy Dept.<br>PO Box 20363<br>Kansas City, MO 64195-0363 | Sears/CBNA<br>Attn: Bankruptcy Dept.<br>PO Box 6283<br>Sioux Falls, SD 57117-6283 |
| State Farm Financial<br>Attn: Bankruptcy Dept.<br>3 State Farm Plaza N-4<br>Bloomington, IL 61791-0002 | Synchrony Bank<br>c/o Recovery Management Systems Corp.<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Texas Comptroller of Public Accounts<br>Revenue Accounting Div.<br>Bankruptcy Section<br>PO Box 13528<br>Austin, TX 78711-3528 |
| Timepayment Corp.<br>Attn: Bankruptcy Dept.<br>16 Ne Exec Office Park S<br>Burlington, MA 01803-5217 | Transunion<br>Attn: Bankruptcy Dept.<br>PO Box 1000<br>Chester, PA 19016-1000 | Waste Management<br>520 E. Corp. Dr., Ste. 100<br>Lewisville, TX 75057 |
| Zwicker & Associates, PC<br>Bankruptcy Dept.<br>80 Minuteman Rd.<br>Andover, MA 01810-1008 | Creg E. Williams Sr.<br>24E Grandview Dr.<br>South Holland, IL 60473-1052 | Nathan E Curtis<br>Geraci Law L.L.C.<br>55 E. Monroe St. # 3400<br>Chicago, IL 60603-5920 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Gilbert B. Weisman<br>c/o Becket & Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Alan D. Lasko<br>Alan D. Lasko & Associates, P.C.<br>205 W. Randolph Street, Suite 1150<br>Chicago, IL 60606 |

5998353_1