**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: CREG E. WILLIAMS, SR.                                §   Case No. 15-17134
                                                            §
                                                            §
                                                            §
Debtor(s)                                                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $683,369.00  *(without deducting any secured claims)* | Assets Exempt: $243,384.00 |
| Total Distribution to Claimants: $33,198.73 | Claims Discharged Without Payment: $33,955.02 |
| Total Expenses of Administration: $16,244.27 | |

   3) Total gross receipts of $ 49,443.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $49,443.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $533,729.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 16,244.27 | 16,244.27 | 16,244.27 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 517,659.00 | 67,153.75 | 67,153.75 | 33,198.73 |
| **TOTAL DISBURSEMENTS** | $1,051,388.00 | $83,398.02 | $83,398.02 | $49,443.00 |

4) This case was originally filed under Chapter 7 on May 14, 2015. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/19/2016     By: /s/NORMAN NEWMAN
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| TCF - checking | 1129-000 | 26,000.00 |
| Expected Illinois tax return | 1129-000 | 8,443.00 |
| 2008 Cadillac Escalade - over 90,000 miles | 1129-000 | 15,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$49,443.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | 2 Bank of America | 4110-000 | 100,257.00 | N/A | N/A | 0.00 |
| NOTFILED | 5 Morningside Homeowners Assoc. C/o Robert B. Kogen | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | 4 Embrace Home Loans Inc. | 4110-000 | 341,010.00 | N/A | N/A | 0.00 |
| NOTFILED | 1 Bank of America | 4110-000 | 1,236.00 | N/A | N/A | 0.00 |
| NOTFILED | 3 Bank of America | 4110-000 | 91,226.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$533,729.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NORMAN B. NEWMAN, TRUSTEE | 2100-000 | N/A | 5,694.30 | 5,694.30 | 5,694.30 |
| MUCH SHELIST, P.C. | 3120-000 | N/A | 249.10 | 249.10 | 249.10 |
| MUCH SHELIST, P.C. | 3110-000 | N/A | 8,820.50 | 8,820.50 | 8,820.50 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3420-000 | N/A | 15.45 | 15.45 | 15.45 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | N/A | 1,051.70 | 1,051.70 | 1,051.70 |
| Rabobank, N.A. | 2600-000 | N/A | 37.01 | 37.01 | 37.01 |
| Rabobank, N.A. | 2600-000 | N/A | 46.04 | 46.04 | 46.04 |
| Rabobank, N.A. | 2600-000 | N/A | 57.26 | 57.26 | 57.26 |
| Rabobank, N.A. | 2600-000 | N/A | 69.95 | 69.95 | 69.95 |
| Rabobank, N.A. | 2600-000 | N/A | 64.68 | 64.68 | 64.68 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 70.12 | 70.12 | 70.12 |
| Rabobank, N.A. | 2600-000 | N/A | 68.16 | 68.16 | 68.16 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $16,244.27 | $16,244.27 | $16,244.27 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Timepayment Corp. | 7100-000 | N/A | 15,840.23 | 15,840.23 | 7,830.92 |
| 2 | Fifth Third Bank | 7100-000 | 22,510.00 | 11,629.72 | 11,629.72 | 5,749.37 |
| 3 | American Express Centurion Bank | 7100-000 | 53,628.00 | 26,813.59 | 26,813.59 | 13,255.80 |
| 4 | ADT Security Services, Inc | 7100-000 | 1,448.00 | 723.97 | 723.97 | 357.91 |
| 5 | State Farm Bank | 7100-000 | 10,954.00 | 5,613.17 | 5,613.17 | 2,774.98 |
| 6 | Capital Recovery V, LLC | 7100-000 | 3,284.00 | 1,719.10 | 1,719.10 | 849.87 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | 9,844.00 | 4,813.97 | 4,813.97 | 2,379.88 |
| NOTFILED | 19 JJ Sausage Bankruptcy Dept. | 7100-000 | 13,400.00 | N/A | N/A | 0.00 |
| NOTFILED | 20 Lending Club Corp. | 7100-000 | 24,817.00 | N/A | N/A | 0.00 |
| NOTFILED | 14 City of Houston Public Works & Engineering | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | 15 Comcast Business Services Bankruptcy Dept. | 7100-000 | 4,000.00 | N/A | N/A | 0.00 |
| NOTFILED | 21 Onemain | 7100-000 | 22,183.00 | N/A | N/A | 0.00 |
| NOTFILED | 13 Citibank Bankruptcy Department | 7100-000 | 13,261.00 | N/A | N/A | 0.00 |
| NOTFILED | 23 Pawnee Leasing Corp. Bankruptcy Dept. | 7100-000 | 32,114.00 | N/A | N/A | 0.00 |
| NOTFILED | 22 Orkin Comm! Services Bankruptcy Department | 7100-000 | 210.00 | N/A | N/A | 0.00 |
| NOTFILED | 27 Sears/CBNA | 7100-000 | 1,549.00 | N/A | N/A | 0.00 |
| NOTFILED | 12 Chase | 7100-000 | 5,200.00 | N/A | N/A | 0.00 |
| NOTFILED | 24 Reliant Light Bankruptcy Dept. | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| NOTFILED | 26 Ruach 7 Bankruptcy Dept. | 7100-000 | 192,000.00 | N/A | N/A | 0.00 |
| NOTFILED | 29 Waste Management | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | 25 Retail Capital Bankruptcy Dept. | 7100-000 | 18,000.00 | N/A | N/A | 0.00 |
| NOTFILED | 5 Bank of America Bankruptcy Department | 7100-000 | 7,683.00 | N/A | N/A | 0.00 |
| NOTFILED | 11 Center Point Energy Bankruptcy Dept. | 7100-000 | 850.00 | N/A | N/A | 0.00 |
| NOTFILED | 4 Avant Bankruptcy Dept. | 7100-000 | 16,344.00 | N/A | N/A | 0.00 |
| NOTFILED | 1 Admiral Linen and Uniform Serv. Bankruptcy Dept. | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| NOTFILED | 8 Bank of America Bankruptcy Department | 7100-000 | 9,775.00 | N/A | N/A | 0.00 |
| NOTFILED | 9 Barclays Bank Delaware | 7100-000 | 4,764.00 | N/A | N/A | 0.00 |
| NOTFILED | 6 Bank of America Bankruptcy Department | 7100-000 | 24,076.00 | N/A | N/A | 0.00 |
| NOTFILED | 7 Bank of America Bankruptcy Department | 7100-000 | 17,655.00 | N/A | N/A | 0.00 |
| NOTFILED | 10 Brother Electrical Bankruptcy Dept. | 7100-000 | 5,960.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | $517,659.00 | $67,153.75 | $67,153.75 | $33,198.73 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-17134  
**Case Name:** CREG E. WILLIAMS, SR.  

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 05/14/15 (f)  
**§341(a) Meeting Date:** 06/18/15  

**Period Ending:** 07/19/16  
**Claims Bar Date:** 12/09/15  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | 289 Stoney Island Ave., Calumet City, IL 60409 (<br>Imported from original petition Doc# 1 | 117,000.00 | 15,507.00 | | 0.00 | FA |
| 2 | 24 E. Grandview Dr., South Holland, IL 60473 (De<br>Imported from original petition Doc# 1 | 339,616.00 | 0.00 | | 0.00 | FA |
| 3 | Bank of America - money market<br>Imported from original petition Doc# 1 | 72.00 | 0.00 | | 0.00 | FA |
| 4 | Bank Financial - checking<br>Imported from original petition Doc# 1 | 105.00 | 5.00 | | 0.00 | FA |
| 5 | Bank of America - saving acct# 0623<br>Imported from original petition Doc# 1 | 118.00 | 0.00 | | 0.00 | FA |
| 6 | Bank Financial - saving<br>Imported from original petition Doc# 1 | 145.00 | 45.00 | | 0.00 | FA |
| 7 | Bank of America - checking acct# 8749<br>Imported from original petition Doc# 1 | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 8 | TCF - checking<br>Imported from original petition Doc# 1 | 26,170.00 | 26,170.00 | | 26,000.00 | FA |
| 9 | 1/2 interest in used household goods; TV, DVD pl<br>Imported from original petition Doc# 1 | 3,000.00 | 0.00 | | 0.00 | FA |
| 10 | Books, CDs, tapes, DVDs, family pictures<br>Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Necessary wearing apparel<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 12 | Watches<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 13 | Term life insurance - 6 policies - no cash surre<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Priamerica IRA - 100% exempt<br>Imported from original petition Doc# 1 | 1,800.00 | 0.00 | | 0.00 | FA |
| 15 | Valic - 100% exempt - 2 accounts - total balance<br>Imported from original petition Doc# 1 | 16,933.00 | 0.00 | | 0.00 | FA |
| 16 | Teachers' Retirement System of the state of Illi<br>Imported from original petition Doc# 1 | 57,040.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-17134  
**Case Name:** CREG E. WILLIAMS, SR.  

**Trustee:** (330270) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 05/14/15 (f)  
**§341(a) Meeting Date:** 06/18/15  

**Period Ending:** 07/19/16  
**Claims Bar Date:** 12/09/15  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17 | Equi-Vest 403B - 100% exempt - total balance $78  Imported from original petition Doc# 1 | 67,204.00 | 0.00 | | 0.00 | FA |
| 18 | CTPF - 100% exempt - balance $93,431 - owes $15,  Imported from original petition Doc# 1 | 77,807.00 | 0.00 | | 0.00 | FA |
| 19 | Sole owner of CRK Enterprises LLC - checking acc  Imported from original petition Doc# 1 | 32.00 | 32.00 | | 0.00 | FA |
| 20 | Sole owner of Maxwell Grill Unlimited LLC - chec  Imported from original petition Doc# 1 | 40.00 | 40.00 | | 0.00 | FA |
| 21 | Sole owner of Secondary Education Strategies LLC  Imported from original petition Doc# 1 | 257.00 | 257.00 | | 0.00 | FA |
| 22 | Expected Illinois tax return  Imported from original petition Doc# 1 | 8,443.00 | 8,443.00 | | 8,443.00 | FA |
| 23 | 2008 Cadillac Escalade - over 90,000 miles  Imported from original petition Doc# 1 | 20,000.00 | 16,990.00 | | 15,000.00 | FA |
| **23** | **Assets** **Totals** (Excluding unknown values) | **$737,982.00** | **$68,489.00** | | **$49,443.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Pursuing tax refund, funds in bank account and equity in motor vehicle. Submitted TFR for review on 3/23/16.

**Initial Projected Date Of Final Report (TFR):** February 28, 2016    **Current Projected Date Of Final Report (TFR):** April 18, 2016 (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 15-17134  
**Case Name:** CREG E. WILLIAMS, SR.

**Taxpayer ID #:** **-***9798  
**Period Ending:** 07/19/16

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******7066 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/31/15 | {8} | TCF National Bank | Turnover of Funds in Checking Account | 1129-000 | 26,000.00 | | 26,000.00 |
| 09/23/15 | {23} | Creg Wiliams | Payment for Trustee's Interest in Vehicle - Pursuant to Order entered 9/23/15 | 1129-000 | 3,000.00 | | 29,000.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.01 | 28,962.99 |
| 10/21/15 | {23} | TCF National Bank | Payment for Trustee's Interest in Vehicle Pursuant to Order entered 9/23/15 | 1129-000 | 3,000.00 | | 31,962.99 |
| 10/21/15 | {22} | Bank of America | Tax Refund | 1129-000 | 8,443.00 | | 40,405.99 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.04 | 40,359.95 |
| 11/19/15 | {23} | TCF National Bank | Payment for Trustee's Interest in Vehicle Pursuant to Order entered 9/23/15 | 1129-000 | 3,000.00 | | 43,359.95 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.26 | 43,302.69 |
| 12/18/15 | {23} | TCF National Bank | Payment for Trustee's Interest in Vehicle Pursuant to Order entered 9/23/15 | 1129-000 | 3,000.00 | | 46,302.69 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.95 | 46,232.74 |
| 01/22/16 | {23} | Creg E. Williams | Payment for Trustee's Interest in Vehicle Pursuant to Order entered 9/23/15 | 1129-000 | 3,000.00 | | 49,232.74 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.68 | 49,168.06 |
| 02/17/16 | 101 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/17/2016 FOR CASE #15-17134, Bond #10BSBGR6291 | 2300-000 | | 70.12 | 49,097.94 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.16 | 49,029.78 |
| 05/18/16 | 102 | NORMAN B. NEWMAN, TRUSTEE | Dividend paid 100.00% on $5,694.30, Trustee Compensation;  Reference: | 2100-000 | | 5,694.30 | 43,335.48 |
| 05/18/16 | 103 | MUCH SHELIST, P.C. | Dividend paid 100.00% on $249.10, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 249.10 | 43,086.38 |
| 05/18/16 | 104 | MUCH SHELIST, P.C. | Dividend paid 100.00% on $8,820.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 8,820.50 | 34,265.88 |
| 05/18/16 | 105 | ALAN D. LASKO & ASSOCIATES, P.C. | Dividend paid 100.00% on $15.45, Accountant for Trustee Expenses (Other Firm);  Reference: | 3420-000 | | 15.45 | 34,250.43 |
| 05/18/16 | 106 | ALAN D. LASKO & ASSOCIATES, P.C. | Dividend paid 100.00% on $1,051.70, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,051.70 | 33,198.73 |
| 05/18/16 | 107 | Timepayment Corp. | Final Distribution Pursuant to Court Order entered on  May 18, 2016 | 7100-000 | | 7,830.92 | 25,367.81 |
| 05/18/16 | 108 | Fifth Third Bank | Final Distribution Pursuant to Court Order entered on  May 18, 2016 | 7100-000 | | 5,749.37 | 19,618.44 |
| 05/18/16 | 109 | American Express Centurion Bank | Final Distribution Pursuant to Court Order | 7100-000 | | 13,255.80 | 6,362.64 |

Subtotals :   $49,443.00   $43,080.36

{} Asset reference(s)

Printed: 07/19/2016 09:45 AM   V.13.28

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-17134  
**Case Name:** CREG E. WILLIAMS, SR.

**Taxpayer ID #:** **-***9798  
**Period Ending:** 07/19/16

**Trustee:** NORMAN NEWMAN (330270)  
**Bank Name:** RABOBANK, N.A.  
**Account:** ******7066 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | entered on May 18, 2016 | | | | |
| 05/18/16 | 110 | ADT Security Services, Inc | Final Distribution Pursuant to Court Order<br>entered on May 18, 2016 | 7100-000 | | 357.91 | 6,004.73 |
| 05/18/16 | 111 | State Farm Bank | Final Distribution Pursuant to Court Order<br>entered on May 18, 2016 | 7100-000 | | 2,774.98 | 3,229.75 |
| 05/18/16 | 112 | Capital Recovery V, LLC | Final Distribution Pursuant to Court Order<br>entered on May 18, 2016 | 7100-000 | | 849.87 | 2,379.88 |
| 05/18/16 | 113 | Portfolio Recovery Associates, LLC | Final Distribution Pursuant to Court Order<br>entered on May 18, 2016 | 7100-000 | | 2,379.88 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| | **ACCOUNT TOTALS** | 49,443.00 | 49,443.00 | $0.00 |
| | Less: Bank Transfers | 0.00 | 0.00 | |
| | **Subtotal** | 49,443.00 | 49,443.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | **NET Receipts / Disbursements** | **$49,443.00** | **$49,443.00** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******7066** | 49,443.00 | 49,443.00 | 0.00 |
| | $49,443.00 | $49,443.00 | $0.00 |

{} Asset reference(s)